# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID KLUCKA, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> JONATHAN POWELL, et al., ) <br> ) <br> Defendant(s). ) <br> _____ ) | Case No. 2:15-cv-01609-RCJ-NJK <br><br> **ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*** <br><br> (Docket No. 1) |

Pending before the Court is Plaintiff's application to proceed in this action *in forma pauperis*. Docket No. 1. Plaintiff is currently incarcerated in the Clark County Detention Center. *See id.* at 1. Prisoners seeking to proceed in a case *in forma pauperis* must submit an affidavit including a statement of all assets he possesses, as well as "a *certified* copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . ., obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2) (emphasis added).

In this instance, Plaintiff's application includes an "Inmate Balance History Report - Simple." *See* Docket No. 1 at 3. This report is not certified by an official with the Clark County Detention Center, however, and is therefore deficient.

Based on the foregoing, **IT IS ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* is hereby **DENIED** without prejudice.

2. Plaintiff shall file a renewed application to proceed *in forma pauperis*, accompanied by a signed

financial certificate and a certified statement from his inmate trust account for the previous six months.

3. The Clerk of the Court shall send Plaintiff a blank application form for *pro se* litigants who are incarcerated.

4. In the alternative, Plaintiff shall make the necessary arrangements to pay the filing fee of $400, accompanied by a copy of this Order.

5. Plaintiff shall have until **October 1, 2015** to comply.

6. Failure to comply will result in a recommendation to the district judge for dismissal of this action.

Dated: September 1, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE