# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAVID KLUCKA,

          Plaintiff(s),

vs.

JONATHAN POWELL, et al.,

          Defendant(s).

Case No. 2:15-cv-01609-RCJ-NJK

ORDER DENYING MOTION

(Docket No. 3)

      Pending before the Court is Plaintiff's motion for the Court to appoint someone to make copies and to serve various documents on Defendants. Docket No. 3. Both aspects of the pending motion are hereby **DENIED** without prejudice. The statute providing authority to proceed *in forma pauperis*, 28 U.S.C. § 1915, does not include the right to obtain court documents without payment. *Id.* "The granting of an application to proceed *in forma pauperis* does not waive the applicant's responsibility to pay expenses of litigation which not covered by 28 U.S.C. § 1915." LSR 1-8. Courts have not permitted plaintiffs proceeding *in forma pauperis* to receive free copies of documents from the court without the plaintiff demonstrating a specific showing of need. *See, e.g., Ross v. Dameo*, 2012 U.S. Dist. Lexis 115437, *1-2 (D. Nev. Aug. 14, 2012). No such showing has been made.

      With respect to the request regarding service, the motion is premature. In cases where the plaintiff is proceeding *in forma pauperis*, the Court screens the complaint to ensure that it states a claim for relief. Concurrently herewith, the Court is dismissing the complaint with leave to amend. Unless and until the Court determines that this case can proceed past the screening phase, there are simply no documents to be

served on any defendants.  If the Court finds that the case may proceed past screening, then Plaintiff may seek orders regarding service as appropriate.[1]

For the reasons discussed above, the pending motion is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: September 10, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is not expressing any opinion that those motions will be granted, but is only indicating that the pending motion is premature and may be renewed for the Court's later consideration.