# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID KLUCKA, | CASE NO.: 2:15-CV-01609-RCJ-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| JONATHAN POWELL, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#10[1]) entered on November 5, 2015, recommending that the Court dismiss this case with prejudice. Plaintiff filed his Objections (ECF #13) on December 17, 2015.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#10) entered on November 5, 2015, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that this case is DISMISSED with PREJUDICE.

IT IS FURTHER ORDERED that pending motions (ECF #11, 12 and 14) are DENIED as MOOT. The Clerk of the Court shall close this case.

IT IS SO ORDERED this 5TH day of January, 2016.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.